In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00315-CR
_____

NATHAN LEE WENZEL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 258th District Court
Polk County, Texas
Trial Cause No. 24,626

MEMORANDUM OPINION

On May 13, 2016, the trial court sentenced Nathan Lee Wenzel on a conviction for theft. Wenzel filed a notice of appeal on September 6, 2016. The trial court signed a certification, certifying that this is a plea-bargain case and that the defendant did not have a right to appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk provided the trial court's certification to the Court of Appeals.

On September 6, 2016, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No

1

response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on October 4, 2016
Opinion Delivered October 5, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.